

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

# MEMORANDUM
*Pro Se* Office

**To:**     Docketing Unit

**From:** R. Marmolejos, *Pro Se* Office, x0177

**Date:** April 26, 2010

**RE:**    <u>Anthony Russo v. Golding, et al.,</u>   Docket # 05 Civ. 5845 (CM)
      <u>Anthony Russo v. Golding, et al.,</u>   Docket # 07 Civ. 5795 (KMK)
      <u>Anthony Russo v. Supt. Yelich,</u>   Rec'd Date 1/14/10

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/26/10
```

*PLEASE NOTE THE FOLLOWING CHANGE OF ADDRESS ON THE COURT'S DOCKET*

Anthony Russo
Din # 05-A-5228
Ulster Correctional Facility
P.O. Box 800
Napanoch, N.Y. 12458-0800

Pro se Office
United States District Court
Southern District of N. Y.

J MIChAEL McMahoN

Anthony C. Russo
05A5228

RE. Anthony Russo v Supt. Yelich

Please be advised that I, Anthony C. Russo have been moved from Bare Hill Correction Facility New York to Ulster Correction Facility P.O. Box 800 Napanoch, New York. Please direct all correspondence to said address.

Please acknowlege reciept of this letter. I was moved without prior Notice. Please excuse this informality

4/15/10

With all due respect

Anthony C. Russo